# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**Order No. 97–32**
**April 21, 1997**

18180  Moffitt v. DF Builders;  Moffitt v. Tsugawa  Affirmed

**Order No. 97–33**
**April 21, 1997**

20005  Souza v. Board of Trustees of the Employees' Retirement System  Affirmed

**Order No. 97–34**
**April 21, 1997**

18803  State v. Lau  Affirmed

**Order No. 97–35**
**April 22, 1997**

19566  State v. Paza  Affirmed in part, Vacated in part

**Order No. 97–36**
**April 22, 1997**

19493  State v. Siga  Affirmed